# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s):** 22-15916

**Case Name:** DZ Reserve, et al. v. Meta Platforms, Inc.

**Requesting Party Name(s):** Meta Platforms, Inc.

**I am:**
- ○ The party requesting the extension.
- ● Counsel for the party or parties requesting the extension.

**I request an extension of time to file a:**
- ☐ Brief (*you **must** also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☒ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated _____
- ☐ Other (*you **must** describe the document*)

**The requested new due date is:** February 2, 2023

**I request the extension of time because (cannot be left blank):**
*(attach additional pages if necessary)*

On January 13, 2023, in addition to filing their Answering Brief, DZ Reserve, et al. filed a Motion to Strike portions of Meta Platforms, Inc.'s ("Meta") Opening Brief (Dkt. 44-1) and portions of Meta's Excerpts of Record. The Motion to Strike was filed the day before the holiday weekend and raises new issues, so Meta requires additional time consider the arguments and prepare an appropriate response. Counsel for Meta has met and conferred with counsel for Appellees and they do not oppose this request.

**Signature:** s/Andrew B. Clubok    **Date:** 1/18/2023

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*