




estimate

verb 2 | Synonyms | Synonym Chooser | Example Sentences | Word History | Phrase | aining | Entries Near | Show More | Save Wor

# estimate 1 of 2 verb

es·ti·mate ˈe-stə-ˌmāt

**estimated; estimating**

Synonyms of *estimate* ›

*transitive verb*

1 **a** : to judge tentatively or approximately the value, worth, or significance of

**b** : to determine roughly the size, extent, or nature of

**c** : to produce a statement of the approximate cost of

2 : JUDGE, CONCLUDE

3 archaic

**a** : ESTEEM

**b** : APPRAISE

**estimative** ˈe-stə-ˌmā-tiv *adjective*

# estimate 2 of 2 noun

es·ti·mate ˈe-stə-mət

1 **a** : a rough or approximate calculation

**b** : a numerical value obtained from a statistical sample and assigned to a population parameter

2 : a statement of the cost of work to be done

3 : an opinion or judgment of the nature, character, or quality of a person or thing

had a high *estimate* of his abilities

4 : the act of appraising or valuing : CALCULATION

cited in DZ Reserve v. Meta Platforms, Inc.
No. 22-15916 archived March 15, 2024

Can you solve 4 words at once?
Play

WORD OF THE DAY
hegemony
See Definitions and Examples »
Get Word of the Day daily email!
Your email address
SUBSCRIBE

## Synonyms

Verb

appraise | assess | evaluate

**Noun**

| | | |
|---|---|---|
| appraisal | appraisement | assessment |
| estimation | evaluation | reckoning |
| valuation | | |

See all Synonyms & Antonyms in Thesaurus ›

## Choose the Right Synonym for *estimate*

ESTIMATE, APPRAISE, EVALUATE, VALUE, RATE, ASSESS mean to judge something with respect to its worth or significance.

ESTIMATE implies a judgment, considered or casual, that precedes or takes the place of actual measuring or counting or testing out.

> *estimated* the crowd at two hundred

APPRAISE commonly implies the fixing by an expert of the monetary worth of a thing, but it may be used of any critical judgment.

> having their house *appraised*

EVALUATE suggests an attempt to determine relative or intrinsic worth in terms other than monetary.

> *evaluate* a student's work

VALUE equals APPRAISE but without implying expertness of judgment.

> a watercolor *valued* by the donor at $500

RATE adds to ESTIMATE the notion of placing a thing according to a scale of values.

> a highly *rated* restaurant

ASSESS implies a critical appraisal for the purpose of understanding or interpreting, or as a guide in taking action.

> officials are trying to *assess* the damage

## Examples of *estimate* in a Sentence

### Verb

> They *estimated* the distance at about three miles.

> We need to *estimate* how much paint we'll need for the job.

> The cost of the project has been *estimated* at about 10 million dollars.

See More ⌄

### Recent Examples on the Web

**Verb**

> The number of dead cattle was not known, but Miller and local ranchers *estimate* the total will be in the

cited in DZ Reserve v. Meta Platforms, Inc.
No. 22-15916 archived March 15, 2024



**verb 2** | Synonyms | Synonym Chooser | Example Sentences | Word History | Phrases | ...aining | Entries Near | Show More

Richard Waite and his colleagues at the World Resources Institute, *estimate* that beef production requires 20 times more land and emits 20 times more greenhouse gas emissions, per gram of protein, compared to beans.

— Allison Aubrey, *NPR*, 3 Mar. 2024

See More

These examples are programmatically compiled from various online sources to illustrate current usage of the word 'estimate.' Any opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback about these examples.



## Word History

**Etymology**

**Verb**
Latin *aestimatus*, past participle of *aestimare* to value, estimate

**First Known Use**

**Verb**
circa 1532, in the meaning defined at sense 3a

**Noun**
1552, in the meaning defined at sense 4

**Time Traveler**

**The first known use of *estimate* was circa 1532**

See more words from the same year

## Phrases Containing *estimate*

point estimate                                re-estimate

## Dictionary Entries Near *estimate*

estimable
estimate

cited in DZ Reserve v. Meta Platforms, Inc.
No. 22-15916 archived March 15, 2024

| verb 2 | Synonyms | Synonym Chooser | Example Sentences | Word History | Phrases | | Entries Near | Show More |

## Cite this Entry

**Style** MLA

"Estimate." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/estimate. Accessed 15 Mar. 2024.

Copy Citation

## Share

Facebook  Twitter

## Kids Definition

### estimate 1 of 2 verb

es·ti·mate ˈes-tə-ˌmāt

**estimated; estimating**

1 : to judge the approximate value, size, or cost of on the basis of experience or observation rather than actual measurement
 *estimate* the distance
 *estimate* a painting job

2 : CONCLUDE sense 2, DETERMINE
 *estimated* that the fire started in the kitchen

**estimator** -ˌmāt-ər noun

### estimate 2 of 2 noun

es·ti·mate ˈes-tə-mət

1 : the act of estimating

2 : an opinion or judgment of the nature, character, or quality of a thing

3 : a rough or approximate calculation

4 : a statement by a contractor of the probable cost for a job

cited in DZ Reserve v. Meta Platforms, Inc.
No. 22-15916 archived March 15, 2024







## More from Merriam-Webster on *estimate*

Nglish: Translation of *estimate* for Spanish Speakers
Britannica English: Translation of *estimate* for Arabic Speakers

Last Updated: 6 Mar 2024 - Updated example sentences

---

### Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

---

cited in DZ Reserve v. Meta Platforms, Inc.
No. 22-15916 archived March 15, 2024

## Popular in Grammar & Usage

See All

- 8 Grammar Terms You Used to Know, But Forgot
- Homophones, Homographs, and Homonyms
- Your vs. You're: How to Use Them Correctly
- Every Letter Is Silent, Sometimes: A-Z List of Examples
- More Commonly Mispronounced Words

## Popular in Wordplay

See All

- The Words of the Week - Mar. 15
- 'Arsy-Varsy,' and Other Snappy Reduplicatives
- 10 Scrabble Words Without Any Vowels
- 12 More Bird Names that Sound Like Insults (and Sometimes Are)
- 8 Uncommon Words Related to Love

Merriam-Webster

verb 2 Synonyms Synonym Chooser Example Sentences Word History Phrase aining Entries Near Show More See All

**Quordle**
Can you solve 4 words at once?
Play

**Blossom Word Game**
You can make only 12 words. Pick the best ones!
Play

**Missing Letter**
A crossword with a twist
Play

**Spelling Bee Quiz**
Can you outdo past winners of the National Spelli...
Take the quiz

**Learn a new word every day. Delivered to your inbox!**
Your email address
SUBSCRIBE

Help About Us Advertising Info Contact Us Diversity Privacy Policy Terms of Use

cited in DZ Reserve v. Meta Platforms, Inc.
No. 22-15916 archived March 15, 2024

© 2024 Merriam-Webster, Incorporated

# estimate

VERB

## ETYMOLOGY

### Summary

A borrowing from Latin.

**Etymon:** Latin *aestimāt-*.

< **Latin** *aestimāt-* participial stem of *aestimāre*, in **classical Latin** = sense 1; in late **Latin** also as in 1b, 2– 4. Compare **esteem** *v.*

## MEANING & USE

1. †

    **1.a.** *transitive*. To assign a value to; to appraise, assess; to fix proportionately (penalties, wages, etc.). Const. *at*. *Obsolete*.    1611–1751

    > 1611   As the Priest shall estimate it, so shall it stand.
    > *Bible* (King James) Leviticus xxvii. 14
    >
    > …
    >
    > 1751   To..estimate securities, and to engage for mortgages.
    > S. Johnson, *Rambler* No. 118. ¶9

    economics and commerce

    **1.b.** To value (subjectively); to attribute value to; to appreciate the worth of; to esteem, hold in (higher or lower) estimation.    1609–1751

| | | |
|---|---|---|
| **1609** | Their wisedome..Liue-dogges before dead Lyons, `estimates`. | |
| | S. Daniel, *Civile Wares* (revised edition) iv. iii. 88 | |
| | ... | |
| **1751** | It is difficult not to `estimate` what is lately gained above its real value. | |
| | S. Johnson, *Rambler* No. 172. ¶8 | |

**2.** To form an approximate notion of (the amount, number, magnitude, or position of anything) without actual enumeration or measurement; to fix by estimate *at*. Also with clause as object.  **1669–**

| | |
|---|---|
| **1669** | The Error is to be imputed..to the judgment in `estimating` the Distance run, in making it too little. |
| | S. Sturmy, *Mariners Magazine* i. 157 |
| | ... |
| **1885** | The prosecutors `estimate` the defalcations at about 1,800*l*. |
| | *Manchester Examiner* 6 July 4/7 |

**3.** † To esteem, consider, judge (a thing to be so and so); with simple complement, or *as*. Obsolete. *rare* = `esteem` *v.* 1,7.  **?1533–1794**

| | |
|---|---|
| **?1533** | We may make no greatter honour to god than to `estymat` him trew..nor greatter dishonour than to mystrust hym. |
| | G. Du Wes, *Introductorie for to lerne Frenche* sig. Ddiii |
| | ... |
| **1794** | This may properly be `estimated` as a part of the Indian dress. |
| | S. Williams, *Natural & Civil History of Vermont* 153 |

**4.** To gauge; to judge of, form an opinion of.  **1651–**

| | |
|---|---|
| **1651** | This article [that Jesus is the Christ] is the measure and rule by which to `estimate`, and examine all other Articles. |
| | T. Hobbes, *Leviathan* iii. xliii. 327 |
| | ... |
| **1878** | To `estimate` the intention and sincerity of a movement. |
| | J. Morley, *Carlyle* in *Critical Miscellanies* 1st Series 201 |

cited in DZ Reserve v. Meta Platforms, Inc.
No. 22-15916 archived March 15, 2024

## PRONUNCIATION

**BRITISH ENGLISH**

/ˈɛstɪmeɪt/ ▶

ESS-tuh-mayt

**U.S. ENGLISH**

/ˈɛstəˌmeɪt/ ▶

ESS-tuh-mayt

## FORMS

### Variant forms

Middle English–1500s **estymat(t**, 1600s **æstimate**, **estimat**, 1500s– **estimate**.

## FREQUENCY

*estimate* is one of the 2,000 most common words in modern written English. It is similar in frequency to words like *chain*, *employer*, *framework*, *immediate*, and *satisfy*.

It typically occurs about 50 times per million words in modern written English.

*estimate* is in frequency band 6, which contains words occurring between 10 and 100 times per million words in modern written English. More about OED's frequency bands

**Frequency of *estimate*, v., 1750–2010**

cited in DZ Reserve v. Meta Platforms, Inc.
No. 22-15916 archived March 15, 2024

\* Occurrences per million words in written English

Historical frequency series are derived from Google Books Ngrams (version 2), a data set based on a corpus of several million books printed in English between 1500 and 2010. The Ngrams data has been cross-checked against frequency measures from other corpora, and re-analysed in order to handle homographs and other ambiguities.

The overall frequency for a given word is calculated by summing frequencies for the main form of the word, any plural or inflected forms, and any major spelling variations.

Frequency of *estimate, v.*, 2017–2023

cited in DZ Reserve v. Meta Platforms, Inc.
No. 22-15916 archived March 15, 2024

\* Occurrences per million words in written English

Modern frequency series are derived from a corpus of 20 billion words, covering the period from 2017 to the present. The corpus is mainly compiled from online news sources, and covers all major varieties of World English.

## COMPOUNDS & DERIVED WORDS

Sort by  Date (oldest first)

**estimated, adj.**   1622–

That has been estimated; assigned an approximate value, magnitude, etc.; (of a specified number of people or things) based on estimation, not...

**overestimate, v.**   1797–

transitive. To attribute too high an estimated value to (a numerical quantity); to estimate (something) to be larger, better, or more important than...

**under-estimate, v.**   1812–

transitive. To estimate at too low an amount, quantity, number, etc.

**re-estimate, v.**   1821–

**misestimate, v.**   1841–

transitive. To estimate wrongly, make a false estimate of.

**pre-estimate, v.**   1888–

transitive. To estimate beforehand, make a prior estimation of.

---

About OED

Historical Thesaurus

Editorial policy

Updates

Institutional Account management

Accessibility

Contact us

Upcoming events

Case studies

Media Enquiries

How to use the OED

Purchasing

Help with access

World Englishes

Contribute

Oxford University Press

Oxford Languages

Oxford Academic

Oxford Dictionary of National Biography

*Oxford University Press is a department of the University of Oxford. It furthers the University's objective of excellence in research, scholarship, and education by publishing worldwide*

Cookie policy    Privacy policy    Legal notice

Copyright © 2023 Oxford University Press

*cited in DZ Reserve v. Meta Platforms, Inc. No. 22-15916 archived March 15, 2024*