FILED

AUG 8 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DZ RESERVE; CAIN MAXWELL, DBA Max Martialis, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> META PLATFORMS, INC., FKA Facebook, Inc., <br><br> Defendant-Appellant. | No. 22-15916 <br><br> D.C. No. 3:18-cv-04978-JD <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: WALLACE, S.R. THOMAS, and FORREST, Circuit Judges.

Meta Platforms, Inc.'s ("Meta") motion for leave to file a reply in support of its petition for panel rehearing and rehearing en banc is DENIED.

Judges Wallace and S.R. Thomas have voted to deny Meta's petition for panel rehearing. Judge Forrest has voted to grant the petition for panel rehearing.

The full court has been advised of Meta's petition for rehearing en banc, and no judge of the court has requested a vote on the petition for rehearing en banc. Fed. R. App. P. 35(b).

The petition for panel rehearing and the petition for rehearing en banc are DENIED.